13-CV-00233-APPL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BO SUNG PARK,<br><br>                Petitioner,<br><br>v.<br><br>JANET NAPOLITANO, et al.,<br><br>                Respondents. | Case No. C13-233-RSL-BAT<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** |

The Court, having reviewed petitioner's petition under 28 U.S.C. § 2241, petitioner's motion for temporary restraining order, the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's motion for temporary restraining order (Dkt. 5) is DENIED.

(3) The Clerk shall send copies of this Order to counsel for petitioner, to the United States Attorney, and to Judge Tsuchida.

DATED this 27th day of February, 2013.

_____
ROBERT S. LASNIK
United States District Judge

ORDER DENYING MOTION FOR
TEMPORARY RESTRAINING
ORDER- 1