UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BO SUNG PARK,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>JANET NAPOLITANO, Secretary of the Department of Homeland Security, et al.,<br><br>　　　　　　　　Respondents. | Case No. C13-233-RSL-BAT<br><br>**REPORT AND RECOMMENDATION** |

　　　　On April 17, 2013, the parties filed a Stipulated Motion and Order of Dismissal. Dkt.14. The parties stipulate the matter is resolved and should be dismissed without prejudice and without costs or fees to either party. *Id*. The Court, having reviewed the motion and the remaining record, recommends the action be **DISMISSED** without prejudice and without an award of costs or fees to any party. A proposed order accompanies this Report and Recommendation. Because the parties have stipulated the case be dismissed without prejudice, the Court recommends the Honorable Robert S. Lasnik immediately approve this Report and Recommendation and dismiss the matter without prejudice, costs, or fees.

　　　　DATED this 18th day of April, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

REPORT AND RECOMMENDATION - 1