UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BO SUNG PARK,

           Petitioner,

v.

JANET NAPOLITANO, Secretary of the Department of Homeland Security, et al.,

           Respondents.

Case No. C13-233-RSL

**ORDER OF DISMISSAL**

The Court, having reviewed the parties' Stipulation and Order of Dismissal, Dkt. No. 14, the Report and Recommendation of the Hon. Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation.

(2) This action and all claims asserted herein are DISMISSED without prejudice and without an award of costs or fees to any party.

Dated this 23rd day of April, 2013.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 1